Lawrence Alan HABERMAN, Plaintiff–Appellant

v.

UNITED STATES of America, Defendant–Appellee.

No. 14–10621

Summary Calendar.

United States Court of Appeals, Fifth Circuit.

Sept. 10, 2014.

Lawrence Alan Haberman, Marianna, FL, pro se.

Before SMITH, WIENER, and ELROD, Circuit Judges.

PER CURIAM: *

The district court dismissed the complaint of Plaintiff–Appellant Lawrence Alan Haberman, a federal prisoner, pursuant to 28 U.S.C. § 1915A(b), by order signed May 6, 2014, for reasons cogently explained in the court's Memorandum Opinion and Order of even date. Our review of Haberman's appellate brief, the record on appeal, and the district court's opinion satisfies us that the court's final judgment should be, and is hereby, affirmed in all respects.

Furthermore, the district court's dismissal of Haberman's complaint constitutes a strike for purposes of 28 U.S.C. § 1915(g).[1] Haberman is cautioned that if

---

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.

1. See *Adepegba v. Hammons,* 103 F.3d 383, 387–88 (5th Cir.1996).

he accumulates three strikes under § 1915(g), he will not be allowed to proceed *in forma pauperis* in any civil action or appeal filed while he is incarcerated or detained in any facility unless he is under imminent danger of serious physical injury.[2]

AFFIRMED.

